**RETIRED PUBLIC EMPLOYEES' ASSOCIATION OF CALIFORNIA, et al.,
Plaintiffs/Appellees,**

v.

**STATE OF CALIFORNIA, et al.,
Defendants/Appellants.**

No. 80–4246.

United States Court of Appeals,
Ninth Circuit.

Decided Aug. 26, 1983.

Fred D. Lonsdale, Davis, Cowell & Bowe, San Francisco, Cal., for defendants/appellants.

Before ANDERSON and SCHROEDER, Circuit Judges, and RICHEY,* District Judge.

On July 6, 1983, the United States Supreme Court vacated our decision in this case reported at 677 F.2d 733, and remanded.

Our decision is accordingly vacated and this cause is remanded to the district court, —— U.S. ——, 103 S.Ct. 3565, 77 L.Ed.2d 1406, for further consideration in light of *Arizona Governing Committee for Tax Deferred Annuity and Deferred Compensation Plans v. Norris,* 463 U.S. ——, 103 S.Ct. 3492, 77 L.Ed.2d 1236 (1983).

IT IS SO ORDERED.